FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 29 PM 1:47

LORETTA G. WHYTE
CLERK

# UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LAMAR MAURICE WILLIAMSON**                   **CIVIL ACTION**

**VERSUS**                                     **NO. 08-4470**

**STATE OF LOUISIANA, ET AL.**                 **SECTION: "F"(1)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's claims against the State of Louisiana, St. Tammany Parish, the St. Tammany Parish Sheriff's Office, and the St. Tammany Parish Jail are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

New Orleans, Louisiana, this ___29 M___ day of ___October___, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

____ Fee_____
____ Process_____
__X_ Dktd_____
____ CtRmDep_____
____ Doc. No _____